JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United African-Asian Abilities Club et al, <br><br> Plaintiff, <br><br> v. <br> Arnel Management Company et al, <br><br> Defendant(s). | 8:19-cv-02209-JVS-KES <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED: 1/16/2020

_____
James V. Selna
United States District Judge